## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMA FINANCIAL, LLC<br><br>                        Plaintiff,<br><br>        v.<br><br>TEXTMUNICATION HOLDINGS, INC.<br><br>                   Defendant | **Civil Action No.:**<br>**1:15-cv-09420-ALC**<br><br><br>**NOTICE OF CROSS-**<br>**MOTION TO DISMISS**<br>**PLAINTIFF EMA**<br>**FIANACIAL, LLC'S**<br>**VERIFIED COMPLAINT**<br>**FOR LACK**<br>**OF JURISDICTION** |

To:  Michael Steinmetz, Esq.
     Garson, Segal, Steinmetz, Fladgate, LLP
     164 West 25th Street
     Suite 11R
     New York, NY 10001

**PLEASE TAKE NOTICE** that the undersigned attorney for Defendant Textmunication Holdings, Inc. hereby moves before the United States District Court, Southern District of New York, for an Order to dismiss Plaintiff EMA Financial, LLC's Verified Complaint for lack of jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that Defendant Textmunication Holdings, Inc. will rely on the attached Brief and Certification in support of this motion identified in the Certificate of Service.

2025160.1

A proposed form of Order is attached.

**SZAFERMAN, LAKIND,**
**BLUMSTEIN & BLADER, P.C.**


By: /s/Keith L. Hovey
Keith L. Hovey

2025160.1